IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| MARCUS O. ALLEN, | ) | 0:22-cv-04536-MGL |
| | ) | |
| Plaintiff, | ) | INTIAL RULE 26 DISCLOSURES |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPER A. WRAY, in his Official Capacity | ) | |
| as Director of the Federal Bureau of Investigation | ) | |
| 935 Pennsylvania Avenue, NW | ) | |
| Washington, DC 20530-0001, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the Plaintiff, and pursuant Rule 26.01 of the Local Rules of the South Carolina Federal District Court, and discloses as follows:

   A.   State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim in state the basis and extent of that interest.

ANSWER: Not applicable.

   B.   As to each claim, state whether it should be tried jury or nonjury and why.

ANSWER: Jury not applicable for these types of claims.

   C.   State whether the party submitting these responses is a publicly owned company and separately identify(1) any parent corporation and any publicly held corporation owning 10% or more of the parties stock;(2) each publicly owned company of which it is a parent; and(3) each publicly owned company in which the party owns 10% or more of the outstanding shares.

     ANSWER: Not applicable.

   D.   State the basis for asserting the claim in the division in which it was filed(or the basis of any challenge to the appropriateness of the division). See local civil rule 3.01.

     ANSWER: Plaintiff is a resident of Lancaster County, South Carolina.

E.  Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

ANSWER:  Not applicable.

F.  [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons in pleadings reflecting the correct identification.

ANSWER:  Not applicable to this party.

G.  [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party, asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

ANSWER:  Not applicable to this party.

H.  *Parties or interveners in a diversity case*. In an action in which jurisdiction is based on diversity under 28 USC section 1332a, a party or intervener must, unless the court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervener. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under section 1332a.

ANSWER:  Not applicable to this party.

Dated:  15th day of December 2022            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Ruth C. Smith
　　　　　　　　　　　　　　　　　　　　　　　Ruth C. Smith, Attorney
　　　　　　　　　　　　　　　　　　　　　　　SC Bar 75168
　　　　　　　　　　　　　　　　　　　　　　　Elmore and Smith Law Firm
　　　　　　　　　　　　　　　　　　　　　　　79 Woodfin Place, Suite 103
　　　　　　　　　　　　　　　　　　　　　　　Asheville, NC  28801
　　　　　　　　　　　　　　　　　　　　　　　(828) 367-7998 (ph.)
　　　　　　　　　　　　　　　　　　　　　　　(828) 367-7991 (fax)
　　　　　　　　　　　　　　　　　　　　　　　ruth@mywncattorney.com

James F. Peterson*<br>
Kathryn Brooke Blankenberg*<br>
Judicial Watch, Inc.<br>
425 Third Street, S.W., Suite 800<br>
Washington, DC 20024<br>
Tel: (202) 646-5172<br>
jpeterson@judicialwatch.org<br>
kblankenberg@judicialwatch.org<br>
<br>
*Applications for admission *pro hac vice* forthcoming<br>
<br>
*Counsel for Plaintiff*