Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ALLEN, MARCUS ORYAN | [redacted] | [redacted] | 12/13/15 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 170 | EXC APPT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZLM | 28 U S C 536 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| .00 | | | .00 |

14. Name and Location of Position's Organization

15. TO: Position Title and Number
STAFF OPERATIONS SPECIALIST
31401238  211214

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 11 | 01 | 58,562.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| 51,298.00 | 7,264.00 | 58,562.00 | .00 |

22. Name and Location of Position's Organization
FEDERAL BUREAU OF INVESTIGATION
CHARLOTTE

DJ AV0209314000000000   PP 25 2015

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2 — 1-None 3-10-Point/Disability 5-10-Point/Other 2-5-Point 4-10-Point/Compensable 6-10-Point/Compensable/30% | 1 — 0-None 2-Conditional 1-Permanent 3-Indefinite | | X YES  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0 BASIC | 9 NOT APPLICABLE | 0 NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF FERS (FRAE) | 12/13/10 | F FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1-Competitive Service 3-SES General 2-Excepted Service 4-SES Career Reserved | E — E-Exempt N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 37-0870-119 | CHARLOTTE  MECKLENBURG  NC |

| 40. Agency Data | 41. SEX: M | 42. CITZ: 1 | 43. VET STAT: P | 44. ED LV:04 YR:00 INST PRG:000000 |
|---|---|---|---|---|

45. Remarks
EMPLOYEES ENTERING ON DUTY ARE REMINDED THAT THEY ARE ENTITLED
TO JOIN THE FBI'S EMPLOYEE BENEVOLENT FUND, PAYING A $17,500.00 BENEFIT
AT $1.50 PER PAY PERIOD OR $35,000.00 BENEFIT $3.00 PER PAY PERIOD
TO THE EMPLOYEE'S DESIGNATED BENEFICIARY UPON THE DEATH OF THE
EMPLOYEE.
Appointment is subject to completion of one year initial probationary
period beginning 12/13/2015.
Appointment affidavit executed12/13/2015
Creditable military service: 5 Years, 0 Months, 0 Days
Previous retirement coverage: NEVER COVERED
Employee is automatically covered under FERS.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | ELECTRONICALLY SIGNED BY: TIMOTHY P. GROH DEPUTY ASSISTANT DIRECTOR |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DJ AV | 4017 | 12/14/15 |

5–Part 50–316      2 - OPF Copy - Long-Term Record - DO NOT DESTROY      Editions

DEFENDANT'S EXHIBIT 2