| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) ALLEN, Marcus Oryan | 2. DEPARTMENT, COMPONENT AND BRANCH USMC-11 | 3. SOCIAL SECURITY NUMBER [redacted] |
|---|---|---|
| 4a. GRADE, RATE OR RANK Sgt | 4b. PAY GRADE E-5 | 5. DATE OF BIRTH (YYYYMMDD) [redacted] | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 20080426 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY Houston, TX 77052 | 7b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 7202 Birchtree Forest Drive Houston, TX 77088 |
|---|---|
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND I MEF Headquarters Group, CAMPEN, CA 92055 | 8b. STATION WHERE SEPARATED I MEF Headquarters Group (20372) |
| 9. COMMAND TO WHICH TRANSFERRED CG, MOBCOM 15303 Andrews Road, Kansas City, MO 64147-1207 | 10. SGLI COVERAGE  NONE  AMOUNT: $250,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 0231 - Intelligence Speciallist (04 Years 04 Months) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2000 | 05 | 30 |
| | b. SEPARATION DATE THIS PERIOD | 2005 | 05 | 29 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 05 | 00 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 01 | 03 |
| | f. FOREIGN SERVICE | 01 | 05 | 10 |
| | g. SEA SERVICE | 00 | 00 | 14 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2003 | 12 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) Navy And Marine Corps Commendation Medal, Navy Marine Corps Achievement Medal x3, Marine Corps Good Conduct Medal, Global War On Terrorism Service Medal, Sea Service Deployment Ribbon x3, Global War On Terrorism Expeditionary Medal, National Defense Service Medal, Presidential Unit Citation-Navy, Certificate Of Appreciation. | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) Intelligence Analysis Crs (2002), Intelligence Specialist Crs (2000), Intelligence Specialist (2001), Tan Belt Crs (2004). |
|---|---|

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | NO X |
|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | YES X | NO |

| 16. DAYS ACCRUED LEAVE PAID  2.5 RLB 0.0 SLB | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

18. REMARKS
Marine Corps Good Conduct Medal Commences: 20030530
"While a member of the Marine Corps Reserve you will keep the Director MOBCOM (Toll Free Phone 1-800-255-5082) informed of any change in address, marital status, civilian employment, and physical standards."
Member contributed $1,800 to the Marine Corps MGIB
Subject to active duty recall and/or annual screening
45502-2005-2390
The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and/or continued eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) [redacted] | 19b. NEAREST RELATIVE (Name and address - Include ZIP Code) [redacted] |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | X | DIRECTOR OF VETERANS AFFAIRS | YES | NO |
|---|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED /s/ Marcus Allen | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) G S HARRISON, CWO2, PERSO, USMC /s/ |
|---|---|

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION Released from active duty | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|
| 25. SEPARATION AUTHORITY MARCORSEPMAN par 1005 | 26. SEPARATION CODE MBK1 | 27. REENTRY CODE RE-1A |
| 28. NARRATIVE REASON FOR SEPARATION Completion of required active service | |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) None | 30. ME[...] |

DD FORM 214, FEB 2000
(PP/FF - WHS/DIOR)      PREVIOUS EDITION IS OBSOLETE.

DEFENDANT'S EXHIBIT 3