Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) ALLEN, MARCUS ORYAN | 2. Social Security Number ▬▬▬ | 3. Date of Birth ▬▬▬ | 4. Effective Date 02/22/2022 |
|---|---|---|---|

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 452 | SUSPENSION INDEFINITE |
| 5-C. Code | 5-D. Legal Authority |
| VHJ | 5 USC 75 EQ |
| 5-E. Code | 5-F. Legal Authority |
|  |  |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |
| 6-C. Code | 6-D. Legal Authority |
|  |  |
| 6-E. Code | 6-F. Legal Authority |
|  |  |

7. FROM: Position Title and Number
STAFF OPERATIONS SPECIALIST
31401238  212489

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 12 | 05 | 91,387.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 77,407.00 | 13,980.00 | 91,387.00 | .00 |

14. Name and Location of Position's Organization
FEDERAL BUREAU OF INVESTIGATION
CHARLOTTE

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
|  | .00 |  | .00 |

22. Name and Location of Position's Organization

DJ AV0209314000000000   PP 14 2022

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2  1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite |  | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC | 9  NOT APPLICABLE | 0  NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS (FRAE) | 12/13/2010 | F  FULL TIME |  |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | N  E-Exempt  N-Nonexempt |  | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 37-0870-119 | CHARLOTTE  MECKLENBURG  NC |

| 40. Agency Data | 41. SEX: M | 42. CITZ: 1 | 43. VET STAT: P | 44. ED LV:04 YR:00 INST PRG:000000 |
|---|---|---|---|---|

45. Remarks
REASON FOR SUSPENSION:

| 46. Employing Department or Agency U.S. DEPARTMENT OF JUSTICE | 50. Signature/Authentication and Title of Approving Official ELECTRONICALLY SIGNED BY: RALPH TURSI, JR ASSISTANT DIRECTOR |
|---|---|
| 47. Agency Code  48. Personnel Office ID  49. Approval Date DJ02  4017  02/23/2022 |  |

5-Part 50-316        2 - OPF Copy - Long-Term Record - DO NOT DESTROY        Edition

DEFENDANT'S EXHIBIT 4