UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| MARCUS O. ALLEN,<br><br>    *Plaintiff,*<br><br>v.<br><br>CHRISTOPHER A. WRAY,<br>Director, Federal Bureau of Investigation,<br><br>    *Defendant.* | Case No. 0:22-cv-04536-MGL |

## STATUS REPORT: NOTICE OF REVOCATION

Plaintiff Marcus Allen brought this action challenging the temporary suspension of his top-secret security clearance by the Federal Bureau of Investigation ("FBI") pending a determination whether that clearance should be finally revoked. Defendant moved to dismiss, with briefing now completed. Among other grounds for dismissal, Defendant argued that this case is not ripe because the FBI had yet to issue a final decision regarding Mr. Allen's clearance.

The FBI has now completed its investigation and reached a decision to revoke Mr. Allen's clearance. Ex. 1, Revocation Letter (May 3, 2023).[1] The revocation permits Mr. Allen to request any documents upon which the revocation decision is based and to seek reconsideration within 30 days of his receipt of the letter. (Undersigned counsel is not at this point aware of whether Mr. Allen received a copy of the letter prior to this filing.) In light of this development, Defendant intends to confer with Plaintiff about how to proceed with this case and to promptly submit a proposal to the Court.

---

[1] The FBI's Revocation Letter is dated May 3, 2023. Undersigned counsel for the Department of Justice was not informed that a final decision had been reached, or that the Revocation Letter had been issued, until yesterday, May 18, 2023.

Dated: May 19, 2023                    Respectfully submitted,

                                       BRIAN M. BOYNTON
                                       Principal Deputy Assistant Attorney General

                                       ADAIR FORD BOROUGHS
                                       United States Attorney

                                       CHRISTOPHER R. HALL
                                       Assistant Branch Director

                                        /s/ Johnny Walker
                                       JOHNNY H. WALKER (D.C. Bar #991325)
                                       Trial Attorney
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L Street NW, Rm. 12304
                                       Washington, D.C. 20530
                                       Tel.: (202) 514-3183 / Fax: (202) 616-8460
                                       Email: johnny.h.walker@usdoj.gov

                                       BARBARA M. BOWENS (Bar #4004)
                                       Assistant United States Attorney
                                       United States Attorney's Office
                                       1441 Main Street, Suite 500
                                       Columbia, South Carolina 29201
                                       Tel.: (803) 929-3052 / Fax: (803) 252-2759
                                       Email: barbara.bowens@usdoj.gov

                                       *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| MARCUS O. ALLEN,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>CHRISTOPHER A. WRAY,<br>　Director, Federal Bureau of Investigation,<br><br>　　　　*Defendant*. | Case No. 0:22-cv-04536-MGL |

# CERTIFICATE OF SERVICE

I hereby certify that on this date, May 19, 2023, I caused a true and correct copy of Defendant's status report to be served on counsel of record by delivering it electronically through the Court's electronic filing system.

　　　　　　　　　　　　　　　　　　　　 /s/ Johnny Walker
　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*