

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

May 3, 2023

Mr. Marcus O'Ryan Allen

███████████

Lancaster, South Carolina 29720

Dear Mr. Allen:

This letter is to advise you of my decision, as the Security Programs Manager for the Federal Bureau of Investigation (FBI), to revoke your Top Secret (TS) security clearance effective upon receipt of this letter.

Security Clearance Determination

In deciding whether or not a person should retain a security clearance, the FBI is obligated to follow the National Security Adjudicative Guidelines for Determining Eligibility for Access to Classified Information or Eligibility to Hold a Sensitive Position (Adjudicative Guidelines), which were established for all United States Government civilian and military personnel, consultants, and contractors who require access to national security information. The Adjudicative Guidelines state that "any doubt concerning personnel being considered for national security eligibility will be resolved in favor of the national security." Given the clear mandate of the guidelines, federal government agencies cannot take unacceptable risks.

A security clearance review revealed evidence of actions presenting a heightened risk to national security and other pertinent information, which raise concerns about your eligibility for access to classified information. The security adjudication revealed security concerns with regard to Adjudicative Guidelines A - Allegiance to the United States and E - Personal Conduct. You expressed sympathy for persons or organizations that advocate, threaten, or use force or violence, or use any other illegal or unconstitutional means, in an effort to prevent Federal government personnel from performing their official duties. Your mindset resulted in your failure to provide relevant information to a case agent investigating a Domestic Terrorism threat among other actions. You also failed to heed the admonishment of your supervisor to stop sending emails on FBI computer systems relying on dubious news sources. These concerns serve as bases for revocation of a security clearance and access to national security information.

Executive Order 12968

In addition to the above-mentioned Adjudicative Guidelines, Executive Order (EO) 12968: Access to Classified Information is applicable. Part 3 - Access Eligibility Standards, Section 3.1 Standards, Subsection (b) states in part:

> "Eligibility shall be granted only where facts and circumstances indicate access to classified information is clearly consistent with the national security interests of the United States, and any doubt shall be resolved in favor of the national security."

Mr. Allen

Security Clearance Decision

Given the information available to date, the security concerns cannot be mitigated, and retention of access to national security information would constitute an unacceptable risk to national security. Accordingly, a decision has been made to revoke your Top Secret security clearance.

Procedures for Reconsideration and Appeal of Security Clearance Revocation

Pursuant to EO 12968 Part 5 - Review of Access Determinations, Section 5.2. Review Proceedings for Denials or Revocations of Eligibility for Access, you may:

1) Request any documents, records, and reports upon which this revocation is based, including the entire investigative file. Upon request, such documents, records, and reports will be provided to the extent they would be provided if requested under the Freedom of Information Act (FOIA)
(5 U.S.C. Section 552) or the Privacy Act (3 U.S.C. Section 552a), and as permitted by the national security and other applicable laws. Please note: You are not required to file a FOIA request for these documents. You should request them from the Security Division at the address provided below;

2) Be represented by legal counsel or other representative, at your own expense; and

3) Reply in writing and request reconsideration of this decision, within 30 calendar days of receipt of this letter or any documents requested, whichever is later. The request for reconsideration should set forth any facts or circumstances you believe may explain, mitigate, or refute the basis for the revocation. Your request should be addressed to HQ-DIV11-CAU-ASSISTANCE@fbi.gov.

The 30-day deadline is important. The decision to revoke your security clearance will become final if your request for reconsideration of the decision is not received within 30-days of receipt of this letter or receipt of any documents, records, or reports you may have requested, whichever is later.

Should you seek reconsideration, you will receive a decision in writing after all pertinent information is reviewed. Should you require any additional information or have questions concerning this matter, please contact HQ-DIV11-CAU-ASSISTANCE@fbi.gov.

Sincerely,

Jennifer Leigh Moore
Executive Assistant Director
Human Resources Branch