UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| MARCUS O. ALLEN,<br><br>    *Plaintiff,*<br><br>v.<br><br>CHRISTOPHER A. WRAY,<br>Director, Federal Bureau of Investigation,<br><br>    *Defendant.* | Case No. 0:22-cv-04536-MGL |

## **JOINT STATUS REPORT AND PROPOSED STAY**

  Plaintiff Marcus Allen brought this action challenging the temporary suspension of his top-secret security clearance by the Federal Bureau of Investigation ("FBI") pending a determination whether that clearance should be finally revoked. After Defendant moved to dismiss, the FBI completed its investigation and reached a decision to revoke Mr. Allen's clearance. Defendant reported this factual development, ECF No. 35, and the Court dismissed Defendant's motion without prejudice and ordered the parties to submit a proposal as to how to proceed with the case, ECF No. 36.

  The FBI's letter revoking Mr. Allen's clearance permits Mr. Allen to request any documents upon which the revocation is based and to seek reconsideration within 30 days of his receipt of the letter or of the requested documents, whichever is later. ECF No. 35-1 at 2. Mr. Allen has requested the documents underlying the revocation of his clearance but has yet to receive them. Upon receipt and review of those documents, he will decide how to proceed.

  In light of these circumstances, the parties respectfully propose that the Court stay this case pending further order of the Court and to order the parties to file a joint status report on or before September 5, 2023, with a proposal for further proceedings.

| | |
|---|---|
| Respectfully submitted, | Dated: June 5, 2023 |
| /s/ Ruth C. Smith | BRIAN M. BOYNTON |
| Ruth C. Smith, Attorney | Principal Deputy Assistant Attorney General |
| Elmore and Smith Law Firm | |
| 79 Woodfin Place, Suite 103 | ADAIR FORD BOROUGHS |
| Asheville, NC 28801 | United States Attorney |
| (828) 367-7998 (ph.) | |
| (828) 367-7991 (fax) | CHRISTOPHER R. HALL |
| ruth@mywncattorney.com | Assistant Branch Director |
| | |
| James F. Peterson* | /s/ Johnny Walker |
| Kathryn Brooke Blankenberg* | JOHNNY H. WALKER (D.C. Bar #991325) |
| JUDICIAL WATCH, INC. | Trial Attorney |
| 425 Third Street, S.W., Suite 800 | United States Department of Justice |
| Washington, DC 20024 | Civil Division, Federal Programs Branch |
| Tel: (202) 646-5175 | 1100 L Street NW, Rm. 12304 |
| jpeterson@judicialwatch.org | Washington, D.C. 20530 |
| kblankenberg@judicialwatch.org | Tel.: (202) 514-3183 / Fax: (202) 616-8460 |
| | Email: johnny.h.walker@usdoj.gov |
| * Admitted *pro hac vice* | |
| | BARBARA M. BOWENS (Bar #4004) |
| *Counsel for Plaintiff* | Assistant United States Attorney |
| | United States Attorney's Office |
| | 1441 Main Street, Suite 500 |
| | Columbia, South Carolina 29201 |
| | Tel.: (803) 929-3052 / Fax: (803) 252-2759 |
| | Email: barbara.bowens@usdoj.gov |
| | |
| | *Counsel for Defendant* |