UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

MARCUS O. ALLEN,

*Plaintiff*,

v.

CHRISTOPHER A. WRAY,
Director, Federal Bureau of Investigation,

*Defendant*.

Case No. 0:22-cv-04536-MGL

**JOINT STATUS REPORT**

Plaintiff Marcus Allen brought this action challenging the temporary suspension of his top-secret security clearance by the Federal Bureau of Investigation ("FBI") pending a determination whether that clearance should be finally revoked. Since the filing of Plaintiff's complaint, the FBI completed its investigation and reached a decision to revoke Plaintiff's clearance. *See* ECF No. 35. The FBI's letter revoking Plaintiff's clearance permits him to request—through an administrative process independent of any claims asserted in this action— any documents upon which the revocation is based and to seek reconsideration within 30 days of his receipt of the letter or his receipt of the requested documents, whichever is later. ECF No. 35-1 at 2. Since receiving the FBI's revocation letter, Plaintiff has not amended his complaint and instead has requested copies of documents relevant to the FBI's revocation determination. In light of these administrative developments, the Court has stayed this case until further notice and has ordered monthly status reports during the pendency of the stay. *See* ECF No. 38.

In accordance with the separate administrative process applicable to Plaintiff's document request, the FBI intends to process thousands of pages of documents and produce documents on a rolling basis over an estimated three- to four-month period. Upon receipt and review of those

1

documents, Plaintiff will decide whether to seek administrative reconsideration or pursue some other relief.

Accordingly, the parties respectfully propose that the Court suspend the filing of monthly joint status reports for the next three months and instead order the parties to file a joint status report on or before September 5, 2023, with an update on where any administrative proceedings stand at that time.

Respectfully submitted,

/s/ Ruth C. Smith
Ruth C. Smith, Attorney
Elmore and Smith Law Firm
79 Woodfin Place, Suite 103
Asheville, NC 28801
(828) 367-7998 (ph.)
(828) 367-7991 (fax)
ruth@mywncattorney.com

James F. Peterson*
Kathryn Brooke Blankenberg*
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel.: (202) 646-5175
jpeterson@judicialwatch.org
kblankenberg@judicialwatch.org

* Admitted *pro hac vice*

*Counsel for Plaintiff*

Dated: July 5, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ADAIR FORD BOROUGHS
United States Attorney

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ Barbara M. Bowens
BARBARA M. BOWENS (Bar No. 4004)
Assistant United States Attorney
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: (803) 929-3052
Fax: (803) 252-2759
Email: barbara.bowens@usdoj.gov

*Counsel for Defendant*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| MARCUS O. ALLEN,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER A. WRAY,<br>Director, Federal Bureau of Investigation,<br><br>*Defendant*. | Case No. 0:22-cv-04536-MGL |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, July 5, 2023, I caused a true and correct copy of this joint status report to be served on counsel of record by delivering it electronically through the Court's electronic filing system.

/s/ Barbara M. Bowens
BARBARA M. BOWENS (Bar No. 4004)
Assistant United States Attorney
United States Attorney's Office

*Counsel for Defendant*

1