UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| MARCUS O. ALLEN,<br><br>    *Plaintiff*,<br><br>  v.<br><br>CHRISTOPHER A. WRAY,<br>Director, Federal Bureau of Investigation,<br><br>    *Defendant*. | Case No. 0:22-cv-04536-MGL |

## JOINT STATUS REPORT

  Plaintiff Marcus Allen brought this action challenging the temporary suspension of his top-secret security clearance by the Federal Bureau of Investigation ("FBI") pending a determination whether that clearance would be revoked. Since the filing of Plaintiff's complaint before the Court, the FBI completed its investigation and issued a decision revoking Plaintiff's clearance. *See* ECF No. 35. The FBI's revocation letter advised Plaintiff of his ability to request—through an administrative process independent of any claims asserted in this action—the documents underlying the revocation decision and to seek reconsideration within 30 days of receipt of the letter or the requested documents, whichever is later. ECF No. 35-1 at 2. After receiving the FBI's revocation letter, Plaintiff submitted his document request to the FBI. (He has not sought to amend or supplement his complaint in this action.) In light of these administrative developments, the Court stayed this case until further notice, *see* ECF No. 38, and the parties informed the Court that the FBI anticipated processing Plaintiff's document request within three to four months of July 5, 2023, *see* ECF No. 42.

  In accordance with the separate administrative process applicable to Plaintiff's document request and the Court's July 10 order for the parties to submit a joint status report, *see* ECF No. 45, the FBI reports that it anticipates completing its entire production of documents by September

1

15, 2023. Upon receipt and review of those documents, Plaintiff will decide whether to seek administrative reconsideration or pursue some other relief.

Accordingly, the parties respectfully propose that the Court order the parties to file a joint status report on or before October 27, 2023, with an update on where any administrative proceedings stand at that time.

| | |
|---|---|
| Respectfully submitted, | Dated: September 5, 2023 |
| /s/ Ruth C. Smith | BRIAN M. BOYNTON |
| Ruth C. Smith, Attorney | Principal Deputy Assistant Attorney General |
| Elmore and Smith Law Firm | |
| 79 Woodfin Place, Suite 103 | ADAIR FORD BOROUGHS |
| Asheville, NC 28801 | United States Attorney |
| (828) 367-7998 (ph.) | |
| (828) 367-7991 (fax) | CHRISTOPHER R. HALL |
| ruth@mywncattorney.com | Assistant Branch Director |
| | |
| James F. Peterson* | /s/ Sarah M. Suwanda |
| Kathryn Brooke Blankenberg* | SARAH M. SUWANDA (D.C. Bar No. 1685531) |
| JUDICIAL WATCH, INC. | Trial Attorney |
| 425 Third Street, S.W., Suite 800 | U.S. Department of Justice |
| Washington, DC 20024 | Civil Division, Federal Programs Branch |
| Tel.: (202) 646-5175 | 1100 L Street NW |
| jpeterson@judicialwatch.org | Washington, D.C. 20005 |
| kblankenberg@judicialwatch.org | Tel.: (202) 305-3196 |
| | Fax: (202) 616-8460 |
| * Admitted *pro hac vice* | Email: sarah.m.suwanda@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| MARCUS O. ALLEN,<br><br>    *Plaintiff*,<br><br>v.<br><br>CHRISTOPHER A. WRAY,<br>Director, Federal Bureau of Investigation,<br><br>    *Defendant*. | Case No. 0:22-cv-04536-MGL |

# CERTIFICATE OF SERVICE

I hereby certify that on this date, September 5, 2023, I caused a true and correct copy of this joint status report to be served on counsel of record by delivering it electronically through the Court's electronic filing system.

                                                        /s/ *Sarah M. Suwanda*
                                                        Trial Attorney
                                                        U.S. Department of Justice
                                                        *Counsel for Defendant*