UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| MARCUS O. ALLEN,<br><br>　　　　　　*Plaintiff*,<br><br>　　　v.<br><br>CHRISTOPHER A. WRAY,<br>　Director, Federal Bureau of Investigation,<br><br>　　　　　　*Defendant*. | Case No. 0:22-cv-04536-MGL |

## **JOINT STATUS REPORT**

Plaintiff Marcus Allen initially brought this action challenging the temporary suspension of his top-secret security clearance by the Federal Bureau of Investigation ("FBI") pending a determination whether that clearance would be revoked. Since the filing of Plaintiff's complaint before the Court, the FBI completed its investigation and issued a decision revoking Plaintiff's clearance. *See* ECF No. 35. The FBI's revocation letter advised Plaintiff of his ability to request—through an administrative process independent of any claims asserted in this action—the documents underlying the revocation decision and to seek reconsideration within 30 days of receipt of the letter or the requested documents, whichever is later. ECF No. 35-1 at 2. After receiving the FBI's revocation letter, Plaintiff submitted his document request to the FBI, and the Court stayed this case until further notice, *see* ECF No. 38. (Plaintiff has not sought to amend or supplement his complaint in this action.)

On September 20, 2023, Plaintiff received a copy of the records underlying the FBI's revocation decision and subsequently sought reconsideration of that decision before the FBI. In light of that separate administrative process, Plaintiff now requests additional time to determine next steps in the above-captioned matter, which may also include the possible selection of new counsel.

Accordingly, the parties respectfully propose that the Court order the parties to file a joint status report within 90 days, with an update on proposed proceedings at that time.

| | |
|---|---|
| Respectfully submitted, | Dated: October 27, 2023 |
| /s/ Ruth C. Smith | BRIAN M. BOYNTON |
| Ruth C. Smith, Attorney | Principal Deputy Assistant Attorney General |
| Elmore and Smith Law Firm | |
| 79 Woodfin Place, Suite 103 | ADAIR FORD BOROUGHS |
| Asheville, NC 28801 | United States Attorney |
| (828) 367-7998 (ph.) | |
| (828) 367-7991 (fax) | CHRISTOPHER R. HALL |
| ruth@mywncattorney.com | Assistant Branch Director |
| | |
| James F. Peterson* | /s/ Sarah M. Suwanda |
| Kathryn Brooke Blankenberg* | SARAH M. SUWANDA (D.C. Bar No. 1685531) |
| JUDICIAL WATCH, INC. | Trial Attorney |
| 425 Third Street, S.W., Suite 800 | U.S. Department of Justice |
| Washington, DC 20024 | Civil Division, Federal Programs Branch |
| Tel.: (202) 646-5175 | 1100 L Street NW |
| jpeterson@judicialwatch.org | Washington, D.C. 20005 |
| kblankenberg@judicialwatch.org | Tel.: (202) 305-3196 |
| | Fax: (202) 616-8460 |
| * Admitted *pro hac vice* | Email: sarah.m.suwanda@usdoj.gov |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |