UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| MARCUS O. ALLEN,<br><br>   *Plaintiff*,<br><br> v.<br><br>CHRISTOPHER A. WRAY,<br> Director, Federal Bureau of Investigation,<br><br>   *Defendant*. | Case No. 0:22-cv-04536-MGL |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Marcus O. Allen and Defendant Christopher A. Wray, in his official capacity as Director of the Federal Bureau of Investigation, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own fees and costs.

| | |
|---|---|
| Dated: June 3, 2024 | Respectfully submitted, |
| /s/ Ruth C. Smith | BRIAN M. BOYNTON |
| Ruth C. Smith, Attorney | Principal Deputy Assistant Attorney General |
| Elmore and Smith Law Firm | |
| 79 Woodfin Place, Suite 103 | ADAIR FORD BOROUGHS |
| Asheville, NC 28801 | United States Attorney |
| (828) 367-7998 (ph.) | |
| (828) 367-7991 (fax) | CHRISTOPHER R. HALL |
| ruth@mywncattorney.com | Assistant Branch Director |
| Michael S. Zummer* | /s/ Sarah M. Suwanda |
| Accountability FBI, Inc. | SARAH M. SUWANDA (D.C. Bar No. 1685531) |
| 2337 Magazine Street, Unit D | Trial Attorney |
| New Orleans, LA 70130 | U.S. Department of Justice |
| Tel.: (504) 717-5913 | Civil Division, Federal Programs Branch |
| mzummer@empowr.us | 1100 L Street NW |
| | Washington, D.C. 20005 |
| * Admitted *pro hac vice* | Tel.: (202) 305-3196 |
| | Fax: (202) 616-8460 |
| *Counsel for Plaintiff* | Email: sarah.m.suwanda@usdoj.gov |
| | *Counsel for Defendant* |